# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JAMES BERNARD, | ) |
| Plaintiff, | ) ) ) |
| | ) Case No. 2:17-cv-2689-JPM-tmp |
| v. | ) ) |
| ILLINOIS CENTRAL RAILROAD COMPANY, | ) ) ) |
| Defendant. | ) ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Defendant Illinois Central Railroad Company's Motion for Summary Judgment, filed on October 18, 2018 (ECF No. 22), and the Court having entered an Order Granting Motion for Summary Judgment (ECF No. 53),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Motion for Summary Judgment, this action is DISMISSED WITH PREJUDICE.

**APPROVED:**

/s/ Jon McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

2/26/19
Date